**Order entered June 7, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00656-CV

## IN RE JOSEPH IVAN FIGUEROA, Appellant

**Original Proceeding from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-82894-2014**

## ORDER
Before Justices Lang, Myers, and Whitehill

Based on the Court's opinion of this date, we **DENY** relator's June 4, 2018 petition for writ of mandamus.

/s/ BILL WHITEHILL
   JUSTICE